UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAI HOWARD, Ph.D.,

      Plaintiff,

v.                                                    Case No. 8:21-cv-00442-CEH-AEP

UNIVERSITY OF SOUTH
FLORIDA, BOARD OF TRUSTEES,

      Defendants.

## NOTICE OF RESOLUTION

COMES NOW, Plaintiff and pursuant to Rule 3.09, Local Rules for the Middle District of Florida, hereby advises the Court that all claims in this matter have been resolved.

Respectfully submitted,

*s/ R. Michael Pierro, Jr.*

R. MICHAEL PIERRO, JR.
Florida Bar No. 0013023
*Counsel for Plaintiff*

**CALCIANO PIERRO, PLLC**
146 Second Street North – Suite 304
St. Petersburg, Florida 33701
(727) 217-5400
mike@flemploymentlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of May 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ R. Michael Pierro, Jr.*

ATTORNEY