UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FAI HOWARD, PH.D.,

    Plaintiff,

v.                                                Case No: 8:21-cv-442-CEH-AEP

UNIVERSITY OF SOUTH FLORIDA,
BOARD OF TRUSTEES,

    Defendant.
_____/

**ORDER**

    This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on May 25, 2021, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 12). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

    1.    This action is dismissed, with prejudice.

    2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on July 28, 2021.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any